AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

United States of America
v.

ZACHARY LAURENT

)
)
)
)
)
)

Case No. 8:26-CR-226-WFJ-SPF

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ZACHARY LAURENT                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance or Possession with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1)


Date:  06/24/2026                                                    *AWaddell* · ANGEL WADDELL
                                                                    *Issuing officer's signature*

City and state:    TAMPA, FLORIDA                              MEGAN A. MANN, Clerk, United States District Court
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)*  6/26/2026, and the person was arrested on *(date)*  6/30/2026
at *(city and state)*  TAMPA, FL                  .

Date:  6/30/2026                                    TFO W. Smith
                                                                    *Arresting officer's signature*

                                                            TFO WILLIAM SMITH
                                                                    *Printed name and title*

RECEIVED U.S. MARSHALS
2026 JUN 26 PM 2:25