## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-226-WFJ-SPF | **DATE:** | June 30, 2026 |
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY LAURENT | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Samantha Newman | |
| | | **DEFENSE COUNSEL**<br>Laura Hastay | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME**   2:25 PM – 2:33 PM | **TOTAL:** 8 Minutes | **PRETRIAL:** | Jasmine King |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

Defendant provided a copy of the Indictment. Waived formal reading of indictment.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral Order of Due Process.

Oral motion for counsel. Motion granted, and the public defender's office is appointed.

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

TRIAL TERM: August 3, 2026, before Judge Jung
STATUS Conference: July 20, 2026, at 11:00 am Telephonic

Oral motion for discovery.  Oral motion for reciprocal discovery. Both motions granted.

Referred to Magistrate Judge Flynn for pretrial discovery order.  Pretrial discovery order to be electronically filed.

**<u>Detention:</u>**

Government: Seeking detention.

Defendant: Reserves the right to seek conditions of release with the filing of an appropriate motion.

Court: The Defendant is ordered detained

Defendant remanded to the custody of the USMS.

Court adjourned.