**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-226-WFJ-SPF | **DATE:** | November 23, 2026 |
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br>v.<br>ZACHARY LAURENT | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Samantha Newman | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** 1:08 PM – 1:26 PM | **TOTAL:** 18 Minutes | | N/A |
| | | **COURTROOM:** | Zoom |

**PROCEEDINGS: MOTION HEARING**

Court in session and counsel identified for the record.

The Court addressed the Defendant’s Motion for Release from Custody.

The Government maintained its position that the Defendant should remain detained. The Government made a proffer in support of its position.

The Defendant argued for release from custody.

The Court ordered the Defendant detained for the reasons stated on the record. A written order will follow.

Court adjourned.